IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

VANESSA Y. MAKER                                                 PLAINTIFF

vs.                                Civil No. 05-1073

JO ANNE B. BARNHART,
Commissioner, Social Security Administration                  DEFENDANT

## **JUDGMENT**

     Comes now the Court on this 22nd day of August, 2006, in accordance with the Memorandum and Order filed in the above styled case on today's date, and hereby considers, orders and adjudges that the decision of the Commissioner of Social Security is reversed and this matter is remanded to the Commissioner, pursuant to sentence four, *42 U.S.C. § 405(g),* for further consideration consistent with the Memorandum Opinion.

     Counsel is reminded that, in view of the United States Supreme Court decision, *Shalala v. Schaefer, 113 S.Ct. 2625, 125 L.Ed.2d 239 (1993)*, a petition for attorney's fees under the *Equal Access to Justice Act* must be filed within 30 days from the date this Judgment becomes final.

     IT IS SO ORDERED.

                                                          /s/Bobby E. Shepherd
                                                          Honorable Bobby E. Shepherd
                                                          United States Magistrate Judge